**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOEY MONTRELL CHANDLER**                                               **PETITIONER**

**v.**                         **No. 1:08CV93-A-D**

**CHRISTOPHER EPPS, ET AL.**                                             **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED.**

**SO ORDERED,** this the 13th day of May, 2010.

                                                                        **/s/ Sharion Aycock**
                                                                        **U.S. DISTRICT JUDGE**